UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| In Creditor, | ) | C/A No. 24-60058 |
| Re: Susan Denise Harper | ) | Chapter 13 |

**MOTION FOR EXTENSION OF TIME
TO COMPLETE SCHEDULES**

TO THE HONORABLE Paul Baisier, U.S. Bankruptcy Judge:

I, Harper Susan, the above-referenced debtor, hereby request an extension of time to complete and file my schedules in this Chapter 13 bankruptcy case.

1. **Background:** I filed my Chapter 13 petition on 9/24/24, and my schedules were due on 10/8/24.

2. **Request for Extension:** I respectfully request an additional three weeks, until 10/31/24, to complete and file my schedules.

3. **Reason for Request: Due to personal** unexpected personal circumstances, family trauma, and difficulty gathering financial information.

4. **Impact on Case:** Granting this extension will allow me to provide accurate and complete information to the Court, which is essential for the fair administration of my bankruptcy case.

5. **No Prejudice:** This request will not prejudice any party involved, as I am committed to resolving my financial situation responsibly.

This motion is made pursuant to Federal Rule of Bankruptcy Procedure 1007(c), which allows the court to extend the time for filing schedules and statements, and 11 U.S.C. § 105, which provides the Court the authority to issue any order necessary to carry out the provisions of the Bankruptcy Code.

WHEREFORE, I respectfully request that the Court grant this motion and extend the deadline to complete and file my schedules by three weeks.

Respectfully submitted,

**(PRAYER FOR RELIEF)**

**WHEREFORE, In my prayer for relief, I pray that the honorable judge may be open minded, fair and impartial, and Grant any other relief the Court deems necessary, just and proper.**

## CERTIFICATE OF SERVICE

Without waiving any right, remedy or defense, I, Harper, Susan, Creditor, certify that on this 10th day of October. 2024, I caused a true and correct copy of the Motion for Extension of Time to Complete Schedules to be service via email to:

United States Bankruptcy Court Clerk

CERTIFYING OFFICER OF THE FEDERAL PROGRAM AGENCY

Vania Allen

Richard B. Russell Federal Building

75 Ted Turner Dr SW, Atlanta, Georgia 30303

February 13, 2024

Respectfully submitted,

By: Harper, Susan

6163 Windy Ridge Trail, Lithonia Georgia 30058